| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Joshua Krumholz
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
617-523-2700

**ORIGINAL FILED**

FEB - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHEVRON TCI, INC.,

Plaintiff(s),

v.

CARBONE PROPERTIES MANAGER, LLC; ROSS P. CARBONE; and R. P. CARBONE COMPANY,

Defendant(s).

CV 08  0782

CASE NO. Not yet assigned

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

E-filing

JCS

Pursuant to Civil L.R. 11-3, Joshua Krumholz, an active member in good standing of the bar of The Supreme Judicial Court of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing CHEVRON TCI, INC., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Matthew P. Vafidis (California Bar No. 103578), 50 California Street, 28th Floor, San Francisco, California 94111, Telephone: (415) 743-6900

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/31/08