1  HOLLAND & KNIGHT LLP
   Matthew P. Vafidis (California Bar No. 103578)
2  Andrew T. Caulfield (California Bar No. 238300)
3  50 California Street, 28th Floor
   San Francisco, California  94111
4  Telephone:  (415) 743-6900
5  Facsimile:  (415) 743-6910
   matthew.vafidis@hklaw.com
6  andrew.caulfield@hklaw.com

7  Joshua C. Krumholz
   Elizabeth R. Burkhard
8  HOLLAND & KNIGHT LLP
9  10 St. James Avenue, 11th Floor
   Boston, MA  02116
10 Telephone:  (617) 523-2700
11 joshua.krumholz@hklaw.com
   elizabeth.burkhard@hklaw.com
12 *Pro Hac Vice* applications pending

13
   Attorneys for Plaintiff
14 CHEVRON TCI, INC.

15

16              UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA

18              SAN FRANCISCO DIVISION

19

20 CHEVRON TCI, INC.,                    ) Case No. Not yet assigned
21              Plaintiff,               )
22      vs.                              )
23 CARBONE PROPERTIES MANAGER,           ) CHEVRON TCI, INC.'s RULE 7.1
   LLC, a limited liability company; ROSS P.  ) DISCLOSURE STATEMENT
24 CARBONE, an individual; and R. P.      )
   CARBONE COMPANY, a corporation,       )
25                                        )
26              Defendants.              )
27                                        )
28                                        )

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

ORIGINAL
FILED

FEB - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JCS

CV 08    0782

-1-
Rule 7.1 Disclosure Statement                                    Case No.



1

2          Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff CHEVRON TCI, INC.

3   ("CHEVRON") hereby discloses that:

4          1.      Chevron TCI, Inc. is a California corporation that is 100% owned by Chevron

5   Global Energy Inc.

6          2.      Chevron Global Energy Inc., a Delaware corporation, is not a publicly held

7   corporation.

8

9   Dated:  February 1, 2008                      HOLLAND & KNIGHT LLP

10

11                                                Matthew P. Vafidis
                                                  Andrew T. Caulfield
12                                                Attorneys for Defendant
                                                  CHEVRON TCI, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

-2-