HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar No. 103578)
Andrew T. Caulfield (California Bar No. 238300)
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
matthew.vafidis@hklaw.com
andrew.caulfield@hklaw.com

Joshua C. Krumholz
Elizabeth R. Burkhard
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
joshua.krumholz@hklaw.com
elizabeth.burkhard@hklaw.com
*Pro Hac Vice* applications pending

Attorneys for Plaintiff
CHEVRON TCI, INC.

ORIGINAL FILED
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JCS

CHEVRON TCI, INC.,

Plaintiff,

vs.

CARBONE PROPERTIES MANAGER, LLC, a limited liability company; ROSS P. CARBONE, an individual; and R. P. CARBONE COMPANY, a corporation,

Defendants.

Case No. Not yet assigned

CV 08 0782

**CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16**

`Case 3:08-cv-00782-JCS    Document 6    Filed 02/01/2008    Page 2 of 2`

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 1, 2008

HOLLAND & KNIGHT LLP

*/s/ Matthew P. Vafidis*

Matthew P. Vafidis
Andrew T. Caulfield
Attorneys for Defendant
CHEVRON TCI, INC.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

-2-
Certification of Interested Parties                                          Case No.