UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHEVRON TCI, INC.,

CASE NO. 08-0782 not yet assigned

Plaintiff(s),

v.

CARBONE PROPERTIES MANAGER, LLC; ROSS P. CARBONE; and R. P. CARBONE COMPANY,

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

JCS

E-filing

Elizabeth R. Burkhard , an active member in good standing of the bar of

The Supreme Judicial Court of Massachusetts    whose business address and telephone number

(particular court to which applicant is admitted)

is

10 St. James Avenue
Boston, MA 02116
617-523-2700
,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CHEVRON TCI, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge