UNITED STATES DISTRICT COURT

Northern District of California

CHEVRON TCI, INC.,

Plaintiff(s),

v.

CARBONE PROPERTIES MANAGER, LLC; ROSS P. CARBONE; and R. P. CARBONE COMPANY,

Defendant(s).

CASE NO. not yet assigned CV 08 0782

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

E-filing

Elizabeth R. Burkhard, an active member in good standing of the bar of The Supreme Judicial Court of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

10 St. James Avenue
Boston, MA 02116
617-523-2700

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CHEVRON TCI, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/15/08

United States Magistrate Judge
JOSEPH C. SPERO

RECEIVED
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON TCI INC, | Case Number: CV08-00782 JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CARBONE PROPERTIES MANAGER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth R. Burkhard
Holland & Knight LLP
10 St. James Avenue
11th Floor
Boston, MA 02116

Dated: February 19, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk