UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHEVRON TCI, INC.

        Plaintiff(s),

v.

CARBONE PROPERTIES MANAGER, LLC; ROSS P. CARBONE; and R. P. CARBONE COMPANY,

        Defendant(s).

No. C V 08 0782

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 19, 2008

Signature

Counsel for Plaintiff, CHEVRON TCI, INC.
(Plaintiff, Defendant or indicate "pro se")