1  MARVIN E. RICHARDS, JR., SBN: 199834
   Roetzel & Andress
2  222 S. Main Street
   Akron, OH 44308
3  Telephone: (330) 376-2700

4
   Attorney for Defendants Carbone Properties Manager, LLC,
5  R.P. Carbone Company, and Ross Carbone

6

7                       IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                SAN FRANCISCO DIVISION

10

11 CHEVRON TCI, INC.,                          CASE NO. 3: 08-CV-00782

12                        Plaintiff,           MAGISTRATE JUDGE
                                               JOSEPH C. SPERO
13 vs.

14 CARBONE PROPERTIES MANAGER,                 **NOTICE OF STIPULATION FOR**
   LLC, ET AL.,                                **LEAVE TO PLEAD**
15
                          Defendant.
16

17     Defendants Carbone Properties Manager, LLC, R.P. Carbone Company, and Ross P.

18 Carbone (collectively, "Carbone Defendants"), by and through counsel, and by agreement of

19 counsel for Plaintiff, Chevron TCI, Inc. pursuant to Local Rule 6-1, hereby stipulate that the

20 Carbone Defendants are granted until March 10, 2008, or an additional fourteen (14) days, within

21 which to plead or move in response to Plaintiff's Complaint. None of the Carbone Defendants

22 have sought or taken prior stipulated extensions in this case.

23

24

25

26

27

28

                                                    NOTICE OF STIPULATION FOR LEAVE TO PLEAD
1506112/000000/0901

1  AGREED AND STIPULATED TO:

2

3

4  /s/ Andrew T. Caulfield
5  Matthew P. Vafidis (CA Bar No. 103578)
   Andrew T. Caulfield (CA Bar No. 238300)
6  Holland & Knight, LLP
   50 California Street, 28th Floor
7  San Francisco, CA  94111
   E-mail: matthew.vafidis@hklaw.com
8  E-mail: Andrew.caulfield@hklaw.com
   Telephone: 415.743.6900
9  Facsimile: 415.743.6910

10
   COUNSEL FOR PLAINTIFF CHEVRON TCI, INC.
11

12

13  /s/ Marvin E. Richards, Jr.
    Marvin E. Richards, Jr. – (CA Bar No. 199834)
14  Roetzel & Andress, LPA
    222 South Main Street
15  Akron, OH 44308
16  E-mail: mrichards@ralaw.com
    Telephone: 330.376.2700
17  Facsimile: 330.376.4577

18  COUNSEL FOR DEFENDANTS CARBONE PROPERTIES
19  MANAGER, LLC, R.P. CARBONE COMPANY, AND ROSS CARBONE

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system and regular U.S. Mail, postage prepaid this 22nd day of February, 2008:

| | |
|---|---|
| Matthew P. Vafidis, Esq.<br>Holland & Knight, LLP<br>50 California Street, 28th Floor<br>San Francisco, CA 94111 | Elizabeth R. Burkhard, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116 |
| Andrew T. Caulfield, Esq.<br>Holland & Knight, LLP<br>50 California Street, 28th Floor<br>San Francisco, CA  94111 | Joshua C. Krumholz, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116 |

/s/ Marvin E. Richards
Marvin E. Richards