1  MARVIN E. RICHARDS, JR., SBN: 199834
   Roetzel & Andress
2  222 S. Main Street
   Akron, OH 44308
3  Telephone: (330) 376-2700

4
   Attorney for Defendants Carbone Properties Manager, LLC,
5  R.P. Carbone Company, and Ross Carbone

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO DIVISION

10

11  CHEVRON TCI, INC.,                  CASE NO. 3: 08-CV-00782

12                     Plaintiff,       MAGISTRATE JUDGE
                                        JOSEPH C. SPERO
13  vs.

14  CARBONE PROPERTIES MANAGER,         **NOTICE OF STIPULATION FOR**
    LLC, ET AL.,                        **LEAVE TO PLEAD**
15
                       Defendant.
16

17     Defendants Carbone Properties Manager, LLC, R.P. Carbone Company, and Ross P.

18  Carbone (collectively, "Carbone Defendants"), by and through counsel, and by agreement of

19  counsel for Plaintiff, Chevron TCI, Inc. pursuant to Local Rule 6-1, hereby stipulate that the

20  Carbone Defendants are granted until March 10, 2008, or an additional fourteen (14) days, within

21  which to plead or move in response to Plaintiff's Complaint. None of the Carbone Defendants

22  have sought or taken prior stipulated extensions in this case.

23

24

25

26

27

28

1  AGREED AND STIPULATED TO:

2

3

4  /s/  Andrew T. Caulfield
   Matthew P. Vafidis (CA Bar No. 103578)
5  Andrew T. Caulfield (CA Bar No. 238300)
   Holland & Knight, LLP
6  50 California Street, 28th Floor
7  San Francisco, CA  94111
   E-mail:  matthew.vafidis@hklaw.com
8  E-mail:  Andrew.caulfield@hklaw.com
   Telephone:  415.743.6900
9  Facsimile:  415.743.6910

10
   COUNSEL FOR PLAINTIFF CHEVRON TCI, INC.
11

12

13  /s/  Marvin E. Richards, Jr.
    Marvin E. Richards, Jr. – (CA Bar No. 199834)
14  Roetzel & Andress, LPA
    222 South Main Street
15  Akron, OH 44308
16  E-mail:  mrichards@ralaw.com
    Telephone: 330.376.2700
17  Facsimile: 330.376.4577

18  COUNSEL FOR DEFENDANTS CARBONE PROPERTIES
19  MANAGER, LLC, R.P. CARBONE COMPANY, AND ROSS CARBONE

20

21  Dated:  Feb. 25, 2008

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Joseph C. Spero]

22

23

24

25

26

27

28

NOTICE OF STIPULATION FOR LEAVE TO PLEAD

1506112/000000/0901

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system and regular U.S. Mail, postage prepaid this 22nd day of February, 2008:

| | |
|---|---|
| Matthew P. Vafidis, Esq.<br>Holland & Knight, LLP<br>50 California Street, 28th Floor<br>San Francisco, CA 94111 | Elizabeth R. Burkhard, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116 |
| Andrew T. Caulfield, Esq.<br>Holland & Knight, LLP<br>50 California Street, 28th Floor<br>San Francisco, CA 94111 | Joshua C. Krumholz, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116 |

/s/ Marvin E. Richards
Marvin E. Richards