1  MARVIN E. RICHARDS, JR., SBN: 199834
   Roetzel & Andress
2  222 S. Main Street
   Akron, OH 44308
3  Telephone: (330) 376-2700

4
   Attorney for Defendants Carbone Properties Manager, LLC,
5  R.P. Carbone Company, and Ross Carbone

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN FRANCISCO DIVISION

10

| | |
|---|---|
| CHEVRON TCI, INC., | CASE NO. 3: 08-CV-00782 |
| Plaintiff, | MAGISTRATE JUDGE<br>JOSEPH C. SPERO |
| vs. | |
| CARBONE PROPERTIES MANAGER,<br>LLC, ET AL., | **NOTICE OF STIPULATION FOR<br>LEAVE TO PLEAD** |
| Defendant. | |

17     Defendants Carbone Properties Manager, LLC, R.P. Carbone Company, and Ross P.
18 Carbone (collectively, "Carbone Defendants"), by and through counsel, and by agreement of
19 counsel for Plaintiff, Chevron TCI, Inc. pursuant to Local Rule 6-1, hereby stipulate that the
20 Carbone Defendants are granted until March 10, 2008, or an additional fourteen (14) days, within
21 which to plead or move in response to Plaintiff's Complaint.  None of the Carbone Defendants
22 have sought or taken prior stipulated extensions in this case.

23

24

25

26

27

28

                                               NOTICE OF STIPULATION FOR LEAVE TO PLEAD
1506112/000000/0901

1     AGREED AND STIPULATED TO:

2

3

4     /s/ Andrew T. Caulfield
5     Matthew P. Vafidis (CA Bar No. 103578)
    Andrew T. Caulfield (CA Bar No. 238300)
6     Holland & Knight, LLP
    50 California Street, 28th Floor
7     San Francisco, CA 94111
    E-mail: matthew.vafidis@hklaw.com
8     E-mail: Andrew.caulfield@hklaw.com
9     Telephone: 415.743.6900
    Facsimile: 415.743.6910
10

11     COUNSEL FOR PLAINTIFF CHEVRON TCI, INC.

12

13     /s/ Marvin E. Richards, Jr.
14     Marvin E. Richards, Jr. – (CA Bar No. 199834)
    Roetzel & Andress, LPA
15     222 South Main Street
    Akron, OH 44308
16     E-mail: mrichards@ralaw.com
    Telephone: 330.376.2700
17     Facsimile: 330.376.4577

18     COUNSEL FOR DEFENDANTS CARBONE PROPERTIES
19     MANAGER, LLC, R.P. CARBONE COMPANY, AND ROSS CARBONE

20

21     Dated: Feb. 25, 2008

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Joseph C. Spero]*

22

23

24

25

26

27

28

NOTICE OF STIPULATION FOR LEAVE TO PLEAD

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system and regular U.S. Mail, postage prepaid this 22nd day of February, 2008:

| | |
|---|---|
| Matthew P. Vafidis, Esq.<br>Holland & Knight, LLP<br>50 California Street, 28th Floor<br>San Francisco, CA 94111 | Elizabeth R. Burkhard, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116 |
| Andrew T. Caulfield, Esq.<br>Holland & Knight, LLP<br>50 California Street, 28th Floor<br>San Francisco, CA 94111 | Joshua C. Krumholz, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116 |

/s/ Marvin E. Richards
Marvin E. Richards