UNITED STATES DISTRICT COURT
Northern District of California

**RECEIVED** FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CHEVRON TCI, INC.,

    Plaintiff(s),

v.

CARBONE PROPERTIES MANAGER, LLC; ROSS P. CARBONE; and R. P. CARBONE COMPANY,

    Defendant(s).

CASE NO. Not yet assigned
CV 08 0782 JCS

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Joshua Krumholz, an active member in good standing of the bar of The Supreme Judicial Court of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

10 St. James Avenue
Boston, MA 02116
617-523-2700

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CHEVRON TCI, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Feb. 25, 2008

JOSEPH C. SPERO
United States ~~District~~ Magistrate Judge