MARVIN E. RICHARDS, JR., SBN: 199834
Roetzel & Andress
222 S. Main Street
Akron, OH 44308
Telephone: (330) 376-2700

Attorney for Defendants Carbone Properties Manager, LLC,
R.P. Carbone Company, and Ross Carbone

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON TCI, INC., | CASE NO. 3: 08-CV-00782 |
| Plaintiff, | MAGISTRATE JUDGE JOSEPH C. SPERO |
| vs. | |
| CARBONE PROPERTIES MANAGER, LLC, ET AL., | **R. P. CARBONE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant R. P. Carbone Company hereby discloses that:

1. R. P. Carbone Company is an Ohio corporation that has no parent corporation.

2. There is no publicly held corporation that owns 10% or more of R. P. Carbone Company's stock.

Dated: February 29, 2008                    Respectfully submitted,

/s/ Marvin E. Richards, Jr.
Marvin E. Richards, Jr. – (CA Bar No. 199834)
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
E-mail: mrichards@ralaw.com
Telephone: 330.376.2700
Facsimile: 330.376.4577

COUNSEL FOR DEFENDANTS CARBONE PROPERTIES MANAGER, LLC, R.P. CARBONE COMPANY, AND ROSS CARBONE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system and regular U.S. Mail, postage prepaid this 29th day of February, 2008:

| | |
|---|---|
| Matthew P. Vafidis, Esq.<br>Holland & Knight, LLP<br>50 California Street, 28th Floor<br>San Francisco, CA 94111 | Elizabeth R. Burkhard, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116 |
| Andrew T. Caulfield, Esq.<br>Holland & Knight, LLP<br>50 California Street, 28th Floor<br>San Francisco, CA 94111 | Joshua C. Krumholz, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116 |

/s/ Marvin E. Richards, Jr.
Marvin E. Richards, Jr.