1  MARVIN E. RICHARDS, JR., SBN: 199834
   Roetzel & Andress
2  222 S. Main Street
   Akron, OH 44308
3  Telephone: (330) 376-2700

4
   Attorney for Defendants Carbone Properties Manager, LLC,
5  R.P. Carbone Company, and Ross Carbone

6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN FRANCISCO DIVISION
10

11  CHEVRON TCI, INC.,                    CASE NO. 3: 08-CV-00782

12                      Plaintiff,        MAGISTRATE JUDGE
                                          JOSEPH C. SPERO
13  vs.

14  CARBONE PROPERTIES MANAGER,
    LLC, ET AL.,                          **CONSENT TO PROCEED BEFORE A**
15                                        **UNITED STATES MAGISTRATE**
                        Defendant.        **JUDGE**
16

17          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
18          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
19
    in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate
20
    Judge conduct any and all further proceedings in the case, including trial, and order the entry of a
21
    final judgment.  Appeal from the judgment shall be taken directly to the United States Court of
22
    Appeals for the Ninth Circuit.
23

24
25
26
27
28

1
2  Dated: February 29, 2008          /s/ Marvin E. Richards, Jr.
3                                    Marvin E. Richards, Jr. – (CA Bar No. 199834)
                                     Roetzel & Andress, LPA
4                                    222 South Main Street
                                     Akron, OH 44308
5                                    E-mail: mrichards@ralaw.com
                                     Telephone: 330.376.2700
6                                    Facsimile: 330.376.4577

7                                    COUNSEL FOR DEFENDANTS CARBONE
                                     PROPERTIES MANAGER, LLC, R.P.
8                                    CARBONE COMPANY, AND ROSS CARBONE

9
                                     **CERTIFICATE OF SERVICE**
10
11         The undersigned hereby certifies that a true and accurate copy of the foregoing has

12  been served upon the following parties via the Court's electronic filing system and regular

13  U.S. Mail, postage prepaid this 29th day of February, 2008:

14
      Matthew P. Vafidis, Esq.              Elizabeth R. Burkhard, Esq.
15    Holland & Knight, LLP                 Holland & Knight, LLP
      50 California Street, 28th Floor  10 St. James Avenue, 11th Floor
16    San Francisco, CA 94111               Boston, MA 02116

17
      Andrew T. Caulfield, Esq.             Joshua C. Krumholz, Esq.
18    Holland & Knight, LLP                 Holland & Knight, LLP
      50 California Street, 28th Floor      10 St. James Avenue, 11th Floor
19    San Francisco, CA 94111               Boston, MA 02116

20
21
                                            /s/ Marvin E. Richards, Jr.
22                                          Marvin E. Richards, Jr.
23
24
25
26
27
28