UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON TCI, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>CARBONE PROPERTIES MANAGER, LLC, ET AL.,<br><br>             Defendants. | CIVIL ACTION NO. 3:08-CV-00782<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

      **(1)**    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

      **(2)**    Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)**    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 16, 2008

                                            Richard Sheehy, Vice President
                                            Chevron TCI, Inc.

Dated: April 16, 2008

                                            Joshua Krumholz, Esq.
                                            HOLLAND & KNIGHT LLP
                                            10 St. James Avenue
                                            Boston, MA 02116
                                            Tel: (617) 523-2700

# 5270986_v1