UNITED STATES DISTRICT COURT
*NORTHERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| CHEVRON TCI, INC., <br><br>　　　　　　　　Plaintiff, <br><br>v. <br><br>CARBONE PROPERTIES MANAGER, LLC, ET AL. <br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 3:08-CV-00782 <br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

　　　　(1)　　Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

　　　　(2)　　Discussed the available dispute resolution options provided by the Court and private entities; and

　　　　(3)　　Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 18, 2008

　　　　　　　　　　　　　　　　　　　／s／ Ross P. Carbone
　　　　　　　　　　　　　　　　　　　Ross P. Carbone

Dated: April 18, 2008

　　　　　　　　　　　　　　　　　　　／s／ Marvin Richards
　　　　　　　　　　　　　　　　　　　Marvin Richards, Esq.
　　　　　　　　　　　　　　　　　　　ROETZEL & ANDRESS, LPA
　　　　　　　　　　　　　　　　　　　222 S. Main Street
　　　　　　　　　　　　　　　　　　　Akron, OH 44308
　　　　　　　　　　　　　　　　　　　Telephone: (330) 376-2700

1519297/014051/0054