1    Marvin E. Richards, Jr. (California Bar No. 199834)
     ROETZEL & ANDRESS, LPA
     222 S. Main Street
3    Akron, OH 44308
     Telephone: (330) 376-2700
4    Facsimile:  (330) 376-4577
     E-mail:  mrichards@ralaw.com
5

6    John S. Gilmore (California Bar No. 32491)
     RANDOLPH CREGGER AND CHALFANT, LLP
7    1030 G Street
     Sacramento, CA  95814
8    Telephone:  (916) 443-4443
     Facsimile:   (916) 443-2124
9    E-mail:  jgilmore@randolphlaw.net

10   Attorneys for Defendants Carbone Properties Manager, LLC,
     R.P. Carbone Company, and Ross Carbone
11

12                 **IN THE UNITED STATES DISTRICT COURT**

13             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14
                        **SAN FRANCISCO DIVISION**
15

16   CHEVRON TCI, INC.,                    |   CASE NO. 3: 08-CV-00782 JCS

17                          Plaintiff,     |   MAGISTRATE JUDGE
18                                         |   JOSEPH C. SPERO
     vs.
19
     CARBONE PROPERTIES MANAGER,           |   **CERTIFICATION OF INTERESTED**
20   LLC, ET AL.,                          |   **PARTIES PURSUANT TO LOCAL**
                                           |   **RULE 3-16**
21                          Defendants.    |

22

23          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

24   named parties, there is no interest to report.

25

26

27

28

---

1

2

3

4  Dated:  May 2, 2008                    Respectfully submitted,

5                                         /s/  Marvin E. Richards, Jr.

6                                         Marvin E. Richards, Jr. (CA Bar No. 199834)
                                          ROETZEL & ANDRESS, LPA
7                                         222 South Main Street
                                          Akron, OH 44308
8                                         Telephone: 330.376.2700
                                          Facsimile: 330.376.4577
9                                         E-mail:  mrichards@ralaw.com

10                                        John S. Gilmore (CA Bar No. 32491)
11                                        RANDOLPH CREGGER AND CHALFANT,
                                          LLP
12                                        1030 G Street
                                          Sacramento, CA  95814
13                                        Telephone:  (916) 443-4443
                                          Facsimile:    (916) 443-2124
14                                        E-mail:  jgilmore@randolphlaw.net

15                                        ATTORNEYS FOR DEFENDANTS CARBONE
16                                        PROPERTIES MANAGER, LLC, ROSS P.
                                          CARBONE, AND R. P. CARBONE COMPANY
17

18

19

20

21

22

23

24

25

26

27

28

---

Certification of Interested Parties Pursuant to Local Rule 3-16                    Case No. 3:08-CV-00782
1521787/014051/0054