UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON TCI, | No. C 08-0782 (JCS) |
|     Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| CARBONE PROPERTIES MANAGER, ET AL., | |
|     Defendant(s). | |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for May 9, 2008, at 1:30 p.m., has been advanced to **THE SAME DAY, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Defendant may appear by phone. The Court will initiate the phone contact.

Dated: May 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _/s/ Karen L. Hom_____
    Karen L. Hom
    Courtroom Deputy