# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO. C 08-00782 JCS**

**CASE NAME: CHEVRON TCI V. CARBONE PROPERTIES MANAGER, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: May 9, 2008    **TIME**: 9 mins | **COURT REPORTER**: <u>Not recorded</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Matthew Vafidis | <u>**COUNSEL FOR DEFENDANT:**</u><br>John S. Gilmore (T)* |

**PROCEEDINGS:**                                    **RULING:**

1. Case Management Conference                       Held.

___

**ORDERED AFTER HEARING:**

Dft shall file a status report on the New Orleans action.
This case is referred to the Court's ADR program for Mediation, to occur in 90 days.
An updated joint case management conference statement shall be due by 8/1/8.
The Court adopted all the dates in the joint case management conference statement except the parties shall file dispositive motions in accordance with the Court's local rule.

___

**ORDER TO BE PREPARED BY:**        ( ) Plaintiff    ( ) Defendant    (X) Court

**CASE CONTINUED TO:**   08/08/08 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: 11/17/08 |
| Expert Disclosure: 12/5/08 | Expert Rebuttal: 12/15/08 | Expert Discovery Cutoff: 01/09/09 |
| Motions Hearing: 03/13/09 at 9:30 a.m. | | Pretrial Conference: 7/17/09 at 1:30 p.m. |

**Trial Date:**   07/27/09 at 8:30 a.m.  ( )Jury    (X)Court        Set for 2 days

cc:    Chambers; Karen, ADR
* (T) = Telephonic Appearance