Marvin E. Richards, Jr. (California Bar No. 199834)
ROETZEL & ANDRESS, LPA
222 S. Main Street
Akron, OH 44308
Telephone: (330) 376-2700
Facsimile:  (330) 376-4577
E-mail:  mrichards@ralaw.com

John S. Gilmore (California Bar No. 32491)
RANDOLPH CREGGER AND CHALFANT, LLP
1030 G Street
Sacramento, CA  95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124
E-mail:  jgilmore@randolphlaw.net

Attorneys for Defendants Carbone Properties Manager, LLC,
R.P. Carbone Company, and Ross Carbone

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON TCI, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CARBONE PROPERTIES MANAGER, LLC, ET AL., <br><br> Defendant. | CASE NO. 3: 08-CV-00782 JCS <br><br> MAGISTRATE JUDGE JOSEPH C. SPERO <br><br> **<u>DEFENDANTS' STATUS REPORT AS TO ACTION PENDING IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA</u>** |

Defendants, Carbone Properties Manager, LLC ("CPM"), Ross P. Carbone ("Ross Carbone"), and R. P. Carbone Company ("RPCC") (collectively, "Defendants"), by and through counsel, and pursuant to this Court's Case Management and Pretrial Order of May 13, 2008, hereby submit a Status Report with respect to the litigation pending in the United States District Court, Eastern District of Louisiana, captioned <u>Marshall Investments Corporation v. R. P.</u>

<u>Carbone Company, et al.</u>, Case No. 05-6486 ("Louisiana Litigation"), to which Ross Carbone and RPCC are parties.

Defendants state that Ross Carbone, on behalf of RPCC and the other defendants to the Louisiana Litigation, recently contacted Plaintiff Marshall Investments Corporation ("Marshall") for the purpose of engaging in settlement negotiations and that Marshall has expressed interest in pursuing discussions in that regard. Defendants will promptly notify this Court of any developments in the Louisiana Litigation that may affect this case.

On May 13, 2008, Marshall filed its Motion for Partial Summary Judgment, seeking judgment upon its claims against, among others, Ross Carbone and RPCC. A hearing upon Marshall's Motion for Partial Summary Judgment is scheduled for May 28, 2008. A final pre-trial conference is scheduled for June 26, 2008. The trial is scheduled for July 7, 2008.

Defendants herein will apprise the Court of further developments with respect to the potential settlement of the Louisiana Litigation as circumstances warrant and will be pleased to promptly provide such information at the Court's convenience.

Dated: <u>May 19, 2008</u>         Respectfully submitted,

<u>/s/ Marvin E. Richards, Jr.</u>
Marvin E. Richards, Jr. (CA Bar No. 199834)
ROETZEL & ANDRESS, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Facsimile: 330.376.4577
E-mail: mrichards@ralaw.com

| | |
|---|---|
| 11 | |
| 12 | John S. Gilmore (CA Bar No. 32491) |
| 13 | RANDOLPH CREGGER AND CHALFANT, LLP |
| 14 | 1030 G Street<br>Sacramento, CA  95814 |
| 15 | Telephone:  (916) 443-4443 |
| 16 | Facsimile:   (916) 443-2124<br>E-mail:  jgilmore@randolphlaw.net |
| 17 | |
| 18 | ATTORNEYS FOR DEFENDANTS CARBONE PROPERTIES MANAGER, LLC, ROSS P. CARBONE, AND R. P. CARBONE COMPANY |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system and regular U.S. Mail, postage prepaid this  19th  day of May, 2008:

| | |
|---|---|
| Matthew P. Vafidis, Esq.<br>Holland & Knight, LLP<br>50 California Street, 28th Floor<br>San Francisco, CA 94111 | Elizabeth R. Burkhard, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116 |
| Andrew T. Caulfield, Esq.<br>Holland & Knight, LLP<br>50 California Street, 28th Floor<br>San Francisco, CA  94111 | Joshua C. Krumholz, Esq.<br>Holland & Knight, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA  02116 |

/s/ Marvin E. Richards, Jr.
Marvin E. Richards, Jr.