1  Marvin E. Richards, Jr. (California Bar No. 199834)
   ROETZEL & ANDRESS, LPA
2  222 S. Main Street
3  Akron, OH 44308
   Telephone: (330) 376-2700
4  Facsimile: (330) 376-4577
   E-mail: mrichards@ralaw.com
5

   John S. Gilmore (California Bar No. 32491)
6  RANDOLPH CREGGER AND CHALFANT, LLP
7  1030 G Street
   Sacramento, CA  95814
8  Telephone:  (916) 443-4443
   Facsimile:   (916) 443-2124
9  E-mail: jgilmore@randolphlaw.net

10 Attorneys for Defendants Carbone Properties Manager, LLC,
   R.P. Carbone Company, and Ross Carbone
11

12
                 IN THE UNITED STATES DISTRICT COURT
13
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

16 CHEVRON TCI, INC.,                    CASE NO. 3: 08-CV-00782 JCS
17
                      Plaintiff,         MAGISTRATE JUDGE
18                                       JOSEPH C. SPERO
   vs.
19
   CARBONE PROPERTIES MANAGER,           **NOTICE OF SERVICE OF JOINT
20 LLC, ET AL.,                          INITIAL DISCLOSURE STATEMENT
                                         PURSUANT TO FED. R. CIV. P.
21                    Defendant.         26(A)(1) OF DEFENDANTS
                                         CARBONE PROPERTIES
22                                       MANAGER, LLC, ROSS P.
                                         CARBONE, AND R. P. CARBONE
23                                       COMPANY**
24

25
         This is to certify that the Joint Initial Disclosure Statement Pursuant to Fed. R. Civ. P.
26
   26(a)(1) of Defendants Carbone Properties Manager, LLC, Ross P. Carbone, and R. P. Carbone
27
   Company was served via electronic mail on the 28th day of May, 2008, upon those parties listed
28

---
Notice of Service of Joint Initial Disclosure Statement                    Case No. 3:08-CV-00782

1 | below:

2

3

4 | Matthew Vafidis, Esq.  
Holland & Knight LLP  
5 | 50 California Street, 28th Floor  
San Francisco, CA 94111

6

7 | Andrew T. Caulfield, Esq.  
Holland & Knight, LLP  
8 | 50 California Street, 28th Floor  
San Francisco, CA 94111

9

10 | John S. Gilmore, Esq.  
Randolph, Cregger & Chalfant LLP  
11 | 1030 G Street  
Sacramento, CA 95814

Elizabeth R. Burkhard, Esq.  
Holland & Knight LLP  
10 St. James Avenue, 11th Floor  
Boston, MA 02116

Joshua C. Krumholz, Esq.  
Holland & Knight LLP  
10 St. James Avenue, 11th Floor  
Boston, MA 02116

12

13                             Respectfully submitted,

14

15                             /s/ Marvin E. Richards, Jr.
16                             Marvin E. Richards, Jr. (CA Bar No. 199834)
                               ROETZEL & ANDRESS, LPA
17                             222 South Main Street
                               Akron, OH 44308
18                             Telephone: 330.376.2700
                               Facsimile: 330.376.4577
19                             E-mail: mrichards@ralaw.com

20                             John S. Gilmore (CA Bar No. 32491)
21                             RANDOLPH CREGGER AND CHALFANT, LLP
                               1030 G Street
22                             Sacramento, CA 95814
                               Telephone: (916) 443-4443
23                             Facsimile:  (916) 443-2124
                               E-mail: jgilmore@randolphlaw.net
24
25                             ATTORNEYS FOR DEFENDANTS CARBONE
                               PROPERTIES MANAGER, LLC, ROSS P.
26                             CARBONE, AND R. P. CARBONE COMPANY

27

28