[Identification of All Parties and
All Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| CHEVRON TCI, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CARBONE PROPERTIES MANAGER, LLC, ET AL., <br><br> Defendants. | Civil Action No. 3:08-CV-00782 <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUING MEDIATION DATE** |

## I. INTRODUCTION

This Stipulation and Proposed Order for Continuing Mediation Date is submitted jointly by Plaintiff CHEVRON TCI, INC. ("CHEVRON") and Defendants CARBONE PROPERTIES MANAGER, LLC ("CPM"), ROSS P. CARBONE ("ROSS CARBONE"), and R. P. CARBONE COMPANY ("RPCC") (collectively, "CARBONE").

On May 9, 2008, this Court referred the case to the ADR Unit for Mediation to be completed within 90 days, ordering an Updated Joint Case Management Statement due by August 1, 2008 and setting a further Case Management Conference for August 8, 2008.

The parties have been engaged in settlement discussions and have agreed that based on the current activity of the case, completing mediation before August 7, 2008 would be premature.

Accordingly, to allow sufficient time for the parties to engage in settlement discussions and better determine whether settlement will be possible in the case, the parties respectfully request that the Court move the deadline to complete mediation to September 5, 2008, move the due date for the Updated Joint Case Management Statement to August 29, 2008 and resetting a further Case Management Conference for September 5, 2008. This additional time will not impact any of the Court's other deadlines, as the trial is not set to commence until July 27, 2009.

Accordingly, the parties have entered into the following stipulation, and respectfully request that the Court execute this Proposed Order based on that stipulation.

## II. STIPULATION

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing the mediation date as follows:

1. The deadline to participate in mediation may be continued from 8/7/08 to 9/5/08;
2. The due date for the Updated Joint Case Management Statement may be continued from 8/1/08 to 8/29/08; and
3. The date for the further Case Management Conference may be continued from 8/8/08 to 9/5/08.

**IT IS SO STIPULATED.**

Endorsement of this agreement may be by counterpart signatures.

Dated: July 14, 2008

Respectfully submitted,

_____
MATTHEW VAFIDIS [SB# 103578]
ANDREW T. CAULFIELD [SB# 238300]
JOSHUA KRUMHOLZ (*pro hac vice*)
ELIZABETH BURKHARD (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
**Attorneys for Plaintiff**

Dated: July , 2008

*[signature]*
MARVIN RICHARDS [SB# 199834]
**ROETZEL & ANDRESS, LPA**
222 S. Main Street
Akron, OH 44308
Telephone: (330) 376-2700
Facsimile:  (330) 376-4577

JOHN S. GILMORE (SB# 32491)
**RANDOLPH CREGGER AND CHALFANT, LLP**
1030 G Street
Sacramento, CA 95814
Telephone: (916) 443-4443
Facsimile:  (916) 443-2124

**Attorneys for Defendants**

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates the previously scheduled mediation date and amends the Court's Scheduling Order as follows:

1. The deadline to participate in mediation may be continued from 8/7/08 to 9/5/08;

2. The due date for the Updated Joint Case Management Statement may be continued from 8/1/08 to 8/29/08; and

3. The date for the further Case Management Conference may be continued from 8/8/08 to 9/5/08.

The Court's other deadlines remain unchanged.

DATED: __7/14/8__          _____
                           HONORABLE
                           UNITED STATES MAGISTRATE JUDGE

# 5462113_v1