**FILED**

AUG 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Chevron TCI, Inc., | No. C 08-00782 JCS MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Carbone Properties Manager, LLC, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) August 19, 2008

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: August 19, 2008

_Ellyn Lazarus_
Mediator, Ellyn K. Lazarus
Attorney at Law
2360 Larkin St.
San Francisco, CA 94109

**Certification of ADR Session**
08-00782 JCS MED