RANDOLPH CREGGER & CHALFANT LLP
JOHN S. GILMORE, ESQ., State Bar No. 32491
gilmore@randolphlaw.net
JOSEPH P. MASCOVICH, State Bar No. 103167
1030 G Street
Sacramento, CA 95814
Telephone:   (916) 443-4443
Facsimile:   (916) 443-2124
Attorneys for Defendants
CARBONE PROPERTIES MANAGER, LLC,
a limited liability company; ROSS P. CARBONE,
an individual; and R.P. CARBONE COMPANY,
a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON TCI, INC.,<br><br>   Plaintiff,<br><br>   vs.<br><br>CARBONE PROPERTIES MANAGER, LLC, a limited liability company; ROSS P. CARBONE, an individual; and R.P. CARBONE COMPANY, a corporation,<br><br>   Defendants. | Action No.:   3:08-CV-00782-JCS<br><br>**NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:   September 5, 2008<br>Time:   1:30 p.m.<br>Courtroom: A, 15th Flr. |

Defendants, CARBONE PROPERTIES MANAGER, LLC, a limited liability company; ROSS P. CARBONE, an individual; and R.P. CARBONE COMPANY, a corporation, request leave of court to appear by telephone for the Case Management Conference scheduled for September 5, 2008 at 1:30 p.m. in the above-entitled matter.

Defendants' counsel, Joseph P. Mascovich, may be reached at (707) 875-9355 at 1:30 p.m. on September 5, 2008.

DATED: August 25, 2008            RANDOLPH CREGGER & CHALFANT LLP


                                  By:   /S/ John S. Gilmore
                                        JOHN S. GILMORE
                                  Attorneys for Defendants
                                  CARBONE PROPERTIES MANAGER, LLC, a limited
                                  liability company; ROSS P. CARBONE, an individual;
                                  and R.P. CARBONE COMPANY, a corporation

NOTICE OF REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE         2