RANDOLPH CREGGER & CHALFANT LLP
JOHN S. GILMORE, ESQ., State Bar No. 32491
gilmore@randolphlaw.net
JOSEPH P. MASCOVICH, State Bar No. 103167
1030 G Street
Sacramento, CA 95814
Telephone:    (916) 443-4443
Facsimile:    (916) 443-2124
Attorneys for Defendants
CARBONE PROPERTIES MANAGER, LLC,
a limited liability company; ROSS P. CARBONE,
an individual; and R.P. CARBONE COMPANY,
a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON TCI, INC., | Action No.:   3:08-CV-00782-JCS |
| Plaintiff, | **NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CARBONE PROPERTIES MANAGER, LLC, a limited liability company; ROSS P. CARBONE, an individual; and R.P. CARBONE COMPANY, a corporation, | Date:   September 5, 2008<br>Time:   1:30 p.m.<br>Courtroom: A, 15th Flr. |
| Defendants. | |

Defendants, CARBONE PROPERTIES MANAGER, LLC, a limited liability company; ROSS

P. CARBONE, an individual; and R.P. CARBONE COMPANY, a corporation, request leave of court

to appear by telephone for the Case Management Conference scheduled for September 5, 2008 at 1:30

p.m. in the above-entitled matter.

Defendants' counsel, Joseph P. Mascovich, may be reached at (707) 875-9355 at 1:30 p.m. on

September 5, 2008.

DATED: August 25, 2008          RANDOLPH CREGGER & CHALFANT LLP


By:  ___/S/ John S. Gilmore_____
     JOHN S. GILMORE
Attorneys for Defendants
CARBONE PROPERTIES MANAGER, LLC, a limited
liability company; ROSS P. CARBONE, an individual;
and R.P. CARBONE COMPANY, a corporation

1    Dated:  August 26, 2008

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Joseph C. Spero

NORTHERN DISTRICT OF CALIFORNIA

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

2