RANDOLPH CREGGER & CHALFANT LLP
JOHN S. GILMORE, ESQ., State Bar No. 32491
gilmore@randolphlaw.net
JOSEPH P. MASCOVICH, State Bar No. 103167
1030 G Street
Sacramento, CA 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124
Attorneys for Defendants
CARBONE PROPERTIES MANAGER, LLC,
a limited liability company; ROSS P. CARBONE,
an individual; and R.P. CARBONE COMPANY,
a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON TCI, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CARBONE PROPERTIES MANAGER, LLC, a limited liability company; ROSS P. CARBONE, an individual; and R.P. CARBONE COMPANY, a corporation, <br><br> Defendants. | Action No.: 3:08-CV-00782-JCS <br><br> **NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date: September 5, 2008 <br> Time: 1:30 p.m. <br> Courtroom: A, 15th Flr. |

Defendants, CARBONE PROPERTIES MANAGER, LLC, a limited liability company; ROSS P. CARBONE, an individual; and R.P. CARBONE COMPANY, a corporation, request leave of court to appear by telephone for the Case Management Conference scheduled for September 5, 2008 at 1:30 p.m. in the above-entitled matter.

Defendants' counsel, Joseph P. Mascovich, may be reached at (707) 875-9355 at 1:30 p.m. on September 5, 2008.

DATED: August 25, 2008                     RANDOLPH CREGGER & CHALFANT LLP


                                           By:    /S/ John S. Gilmore
                                                JOHN S. GILMORE
                                           Attorneys for Defendants
                                           CARBONE PROPERTIES MANAGER, LLC, a limited
                                           liability company; ROSS P. CARBONE, an individual;
                                           and R.P. CARBONE COMPANY, a corporation

Case 3:08-cv-00782-SI Document 37 Filed 08/26/2008 Page 2 of 2

1  Dated: August 26, 2008



IT IS SO ORDERED
Judge Joseph C. Spero

NOTICE OF REQUEST TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE        2