HOLLAND & KNIGHT LLP
Matthew Vafidis [SB# 103578]
Andrew T. Caulfield [SB# 238300]
50 California Street, 28th Floor
San Francisco, CA 94111-4624
Tel:   415-743-6900
Fax:   415-743-6910

HOLLAND & KNIGHT LLP
Joshua Krumholz (admitted *pro hac vice*)
Elizabeth R. Burkhard (admitted *pro hac vice*)
10 St. James Avenue
Boston, MA 02116
Tel:   (617) 523-2700

Attorneys for Plaintiff
CHEVRON TCI, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHEVRON TCI, INC. <br><br> Plaintiff, <br><br> v. <br><br> CARBONE PROPERTIES MANAGER, LLC, ET AL., <br><br> Defendant. | Civil Action No. 3:08-CV-00782 <br><br> **NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date: September 5, 2008 <br> Time: 1:30 p.m. <br> Courtroom: A, 15th Flr. |

Plaintiff, CHEVRON TCI, INC., a corporation, requests leave of court to appear by telephone for the Case Management Conference scheduled for September 5, 2008 at 1:30 p.m. in the above-entitled matter.

Plaintiff's counsel, Joshua Krumholz, may be reached at (617) 573-5820 at 1:30 p.m. on September 5, 2008.

Dated: August 27, 2008

Respectfully submitted,

 /s/ Elizabeth R. Burkhard
ELIZABETH R. BURKHARD (*pro hac vice*)
Attorney for Plaintiff
CHEVRON TCI. INC.

# 5571052_v1

- 1 -

Civil Action No. 3:08-CV-00782