[Identification of All Parties and
All Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON TCI, INC., | Civil Action No. 3:08-CV-00782 |
| Plaintiffs, | |
| vs. | **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| CARBONE PROPERTIES MANAGER, LLC, ET AL., | Case Management Conference<br>Date:    September 5, 2008<br>Time:    1:30 p.m.<br>Before:  Hon. Joseph C. Spero |
| Defendants. | |

This Updated Joint Case Management Conference Statement is submitted jointly by Plaintiff CHEVRON TCI, INC. ("CHEVRON") and Defendants CARBONE PROPERTIES MANAGER, LLC ("CPM"), ROSS P. CARBONE ("ROSS CARBONE"), and R.P. CARBONE COMPANY ("RPCC") (collectively, "CARBONE") pursuant to the Court's Standing Order Regarding the "Contents of Joint Case Management Conference Statements" and the Stipulation and Order for Continued Mediation Date that was entered in this case on July 15, 2008 ("Stipulation and Order").

On August 19, 2008, and pursuant to this Court's May 9, 2008 order referring the case to the ADR Unit and the July 15, 2008 Stipulation and Order, the parties participated in a Mediation session. The Mediation session did not result in a resolution of this case.

//

**1. Facts**

The facts and the nature of the case have been outlined in the parties previous Joint Case Management Statement and papers to the court.

CHEVRON states:

On April 30, 2007, CHEVRON, CPM and the Company entered into the Agreement and Instrument of Transfer (the "Agreement"). Pursuant to the Agreement, CPM agreed to pay CHEVRON $2,367,710 plus compound interest at twelve percent until June 26, 2007 and, if not paid by that date, fifteen percent thereafter (the "Obligation"). The Obligation also was evidenced by a Promissory Note, with CPM as the payor and CHEVRON as the payee. RPC and ROSS CARBONE guaranteed CPM's obligations under the Agreement and the Promissory Note, including the Obligation. In exchange for those promises to pay, CHEVRON transferred its rights and interest in the Company to CPM.

The Carbone Group has not challenged the validity of the Obligation and they have expressed an interest in settling this matter. However, despite efforts at reaching a settlement, CHEVRON has not received any assurances from the CARBONE GROUP that payment is forthcoming. Further, the CARBONE GROUP has only recently informed CHEVRON that it is experiencing financial difficulties -- a fact that was never mentioned during the parties' settlement discussions.

The Court-ordered mediation that took place between the parties on August 19, 2008 failed to produce a resolution to this dispute.

**2. Motion Practice**

CHEVRON states:

As the settlement negotiations and mediation have not been productive, CHEVRON will move for summary judgment since the facts and legal issues are not in dispute.

**3. Amendment of the Pleadings**

CHEVRON states:

CHEVRON does not anticipate filing any amendments to the pleadings at this time.

//

**4. Discovery**

CHEVRON states:

No discovery has been taken to date. As CHEVRON prepares to move for summary judgment, CHEVRON is conducting informal discovery into the Defendants' net worth.

CARBONE states:

CHEVRON has requested, and CARBONE has agreed, to conduct informal discovery regarding the financial status of CARBONE in light of the issues discussed during the August 19, 2008 Mediation. Specifically, CHEVRON has requested certain financial information regarding CARBONE and several of its related entities as such relates to CARBONE's ability to resolve the issues in this case. ROSS CARBONE states that he is presently compiling documents and records responsive to CHEVRON's request and expects to provide said documents and records directly to CHEVRON officer Richard Sheehy on or before September 1, 2008. CARBONE has not requested any discovery, formal or informal of CHEVRON to date and does not anticipate doing so at this time.

**5. Related Cases**

The parties are not aware of any related cases pending in any venue or jurisdiction.

**6. Relief**

CHEVRON states:

As of the August 19, 2008 mediation date, the total amount owed as principal and interest on the Promissory Note (excluding late payment fees and costs) is $2,613,143, with interest continuing to accrue at the rate of $1,023 per day through April 20, 2009, at which point the daily rate will increase. In addition, CHEVRON has exercised its option to charge a late fee under the Promissory Note of 5% of the overdue payment, which late fee would be $130,657 if all amounts due were paid on August 19, 2008. Further, CHEVRON has accrued approximately $29,000 in costs and attorneys' fees, such costs and fees continue to accrue as this matter remains unresolved and will necessarily increase if CHEVRON is required to bring a motion for summary judgment. CHEVRON seeks a recovery of the unsatisfied amount owed from CPM plus payment of attorneys' fees and other costs incurred by CHEVRON in collection on the note, or in otherwise protecting its

interests in regard thereto.

**7. Settlement and ADR**

CHEVRON states:

CHEVRON remains open to any reasonable proposal that will result in payment of the debt and would consider a stipulated judgment in order to avoid the time and effort of a motion for summary judgment.

CARBONE states:

The parties remain engaged in settlement discussions in furtherance of a potential resolution of the claims asserted in this case.

Respectfully submitted,

Dated: August 29, 2008

   /s/ Elizabeth R. Burkhard          
MATTHEW VAFIDIS [SB# 103578]
ANDREW T. CAULFIELD [SB# 238300]
JOSHUA KRUMHOLZ (*pro hac vice*)
ELIZABETH BURKHARD (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
**Attorneys for Plaintiffs**

Dated: August 29, 2008

   /s/Marvin Richards                
MARVIN RICHARDS [SB# 199834]
**ROETZEL & ANDRESS, LPA**
222 S. Main Street
Akron, OH 44308
Telephone: (330) 376-2700
Facsimile: (330) 376-4577

JOHN S. GILMORE (SB# 32491)
**RANDOLPH CREGGER AND CHALFANT, LLP**
1030 G Street
Sacramento, CA 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124
**Attorneys for Defendants**

# 5564074_v3