1  HOLLAND & KNIGHT LLP
   Matthew Vafidis [SB# 103578]
2  Andrew T. Caulfield [SB# 238300]
   50 California Street, 28th Floor
3  San Francisco, CA 94111-4624
   Tel:    415-743-6900
4  Fax:    415-743-6910

5  HOLLAND & KNIGHT LLP
   Joshua Krumholz (admitted *pro hac vice*)
6  Elizabeth R. Burkhard (admitted *pro hac vice*)
   10 St. James Avenue
7  Boston, MA 02116
   Tel:    (617) 523-2700
8
   Attorneys for Plaintiff
9  CHEVRON TCI, INC.

10                UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | ) Civil Action No. 3:08-CV-00782 |
| CHEVRON TCI, INC. | ) |
|  | ) **NOTICE OF REQUEST TO APPEAR** |
| Plaintiff, | ) **TELEPHONICALLY AT CASE** |
|  | ) **MANAGEMENT CONFERENCE** |
| v. | ) |
|  | ) |
|  | ) Date: September 5, 2008 |
| CARBONE PROPERTIES MANAGER, | ) Time: 1:30 p.m. |
| LLC, ET AL., | ) Courtroom: A, 15th Flr. |
|  | ) |
| Defendant. | ) |

    Plaintiff, CHEVRON TCI, INC., a corporation, requests leave of court to appear by telephone for the Case Management Conference scheduled for September 5, 2008 at 1:30 p.m. in the above-entitled matter.

    Plaintiff's counsel, Joshua Krumholz, may be reached at (617) 573-5820 at 1:30 p.m. on September 5, 2008.

Dated: August 27, 2008                    Respectfully submitted,

Dated: 8/29/8                              /s/ Elizabeth R. Burkhard
                                          ELIZABETH R. BURKHARD (*pro hac vice*)
                                          Attorney for Plaintiff
                                          CHEVRON TCI. INC.

# 5571052_v1

- 1 -

Civil Action No. 3:08-CV-00782