# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 08-0782 JCS**

**CASE NAME:** Chevron TCI v. Carbone Properties Manager, et al.

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **COURTROOM DEPUTY:** Frank Justiliano

**DATE:** September 8, 2008    **COURT REPORTER:** FTR: 2:30 - 2:38 p.m.

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Matthew Vafidis | Joseph Mascovich (T)* |
| Joshua Krumholz (T)* | |

---

**PROCEEDINGS:**                                    **RULING:**

1. Further Case Management Conference                Held.

---

**ORDERED AFTER HEARING:**
Parties advised the Court on the current status of the case.

---

**ORDER TO BE PREPARED BY:**    ( ) Plaintiff    ( ) Defendant    ( ) Court

**CASE CONTINUED TO:** 12/5/08 @ 1:30 p.m. for Further Case Management Conference

---

**cc:    Chambers; Karen**
* (T) = Telephonic Appearance