UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON TCI INC, | No. C-08-00782 JCS |
| Plaintiff(s), | **ORDER AND NOTICE OF HEARING** |
| v. | |
| CARBONE PROPERTIES MANAGER, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Counsel for Defendants have file a Motion To Withdraw As Counsel of record in this matter.

IT IS HEREBY ORDERED that a hearing on the matter is scheduled for October 10, 2008 at 9:30 a..m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Oppositions shall be filed no later than October 3, 2008.

Counsel for Defendants is directed to immediately serve the defendants with a copy of the motion to withdraw with a copy of this order and file a proof of service with the Court.

Dated: September 26, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge