UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHEVRON TCI, INC.,           No. C 008-0782 JCS

    Plaintiff(s),

                                **ORDER TO SHOW CAUSE**

    v.

CARBONE PROPERTIES MANAGER,

    Defendant(s).

_____/

      Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on October 10, 2008, before this Court in the above-entitled case. Defendants' Motion to Withdraw as Counsel was granted. Counsel for Plaintiff and for Defendants were present.

      IT IS HEREBY ORDERED that a further case management conference is scheduled for November 14, 2008 , at 1:30 p.m. Counsel for Plaintiff, and Defendants Carbone Properties Manager LLC, Carbone Properties Inc, and Ross P. Carbone shall appear on **November 14, 2008 , at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Carbone Properties Manager LLC and Carbone Properies Inc. (The "Entity Defendants") may only appear through counsel. Ross P. Carbone can appear in pro per. If the entity defendants do not appear through counsel at that time, they shall show cause on the same date and time why their defaults should not be entered for failure to appear and defend through counsel. If Defendant Ross P. Carbone does not appear, shall show cause at that time why his default should not be entered for failure to appear and defend.

      IT IS SO ORDERED.

Dated: October 14, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge