UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHEVRON TCI, INC.,

        Plaintiff(s),

  v.

CARBONE PROPERTIES MANAGER,

        Defendant(s).
_____/

No. C 08-0782 JCS

**ORDER ENTERING DEFAULT OF CARBONE PROPERTIES MANAGER, L.L.C, AND ORDER TO SHOW CAUSE**

      Pursuant to Civil L.R. 16-2, and the order of this Court, a further case management conference and hearing on an order to show cause was held on November 14, 2008.  Carbone Inc., dba, R.P. Carbone Company has filed a Bankruptcy petition and the matter is STAYED as to that defendant.  Counsel for Plaintiff appeared at the hearing. No defendants appeared..

      IT IS HEREBY ORDERED that the default of Defendant Carbone Properties Manager, L.L.C. is entered for failure to appear and defend the matter and failure to appear through counsel.

      It is FURTHER ORDERED that Defendant Ross P. Carbone appear and show cause, on **December 5, 2008**, at **9:30 a.m.** in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, why his default should not be entered for failure to appear and defend this matter.

      IT IS SO ORDERED.

Dated:  November 14, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge